Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Ravinesh Tony Behari,<br><br>Defendant. | CASE NO. 2:12-CV-01204-LKK-DAD<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Monday, September 24, 2012 at 11:30 a.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the defendant Ravinesh Tony Behari has not yet answered Plaintiff's Complaint (despite service of suit papers upon him).

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Monday, September 24, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

///

///

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)
CASE NO. 2:12-cv-01204-LKK-DAD
PAGE 1

1

2                                          Respectfully submitted,

3

4

5    Dated: September 7, 2012              /s/ Thomas P. Riley
                                           LAW OFFICES OF THOMAS P. RILEY, P.C.
6                                          By: Thomas P. Riley
                                           Attorneys for Plaintiff
7                                          J & J Sports Productions, Inc.

8

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)
CASE NO. 2:12-cv-01204-LKK-DAD
PAGE 2

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:12-cv-01204-LKK-DAD styled *J & J Sports Productions, Inc. v. Behari,* is hereby continued from 11:30 AM, Monday, September 24, 2012 to November 26, 2012 at 11:00 a.m.  The parties shall file their status reports 14 days preceding the status conference.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  September 7, 2012

///
///
///
///
///
///
///
///
///

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)
CASE NO. 2:12-cv-01204-LKK-DAD
PAGE 3**

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 7, 2012, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ravinesh Tony Behari (Defendant)
821 Birchwood Drive
Pittsburg, CA 94565

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on September 7, 2012at South Pasadena, California.

Dated:  September 7, 2012                    */s/ Maria Baird*
                                             **MARIA BAIRD**

///

///

///

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**INITIAL SCHEDULING CONFERENCE; AND ORDER (PROPOSED)**
**CASE NO. 2:12-cv-01204-LKK-DAD**
**PAGE 4**